IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

SYLVESTER DEON COLLINS,     *

    Petitioner     *

vs.     *
       CASE NO. 3:09-CV-105 (CDL)
DONNIE THOMPSON, Warden,     *

    Respondent     *

## ORDER ON RECOMMENDATION

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on April 12, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 5th day of May, 2010.

                       S/Clay D. Land
                         CLAY D. LAND
              UNITED STATES DISTRICT JUDGE